Case Number:   1:18 - CV - 00123  (PKC) (PK)

| PROPOSED DISCOVERY PLAN | | | |
|---|---|---|---|
| | DONE | NOT APPLICABLE | DATE |
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | X | | |
| 2.  Rule 26(a)(1) disclosures exchanged | | | By 12/12/18 |
| 3.  Requests made: | | | |
|     a.  Medical records authorization | | | By 12/12/18 |
|     b.  Section 160.50 releases for arrest records | | X | |
|     c.  Identification of John Doe/Jane Doe defendants | | X | |
|     d.  Proposed Stipulation of Confidentiality | | | By 12/12/18 |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | | By 12/12/18 |
| **B. SETTLEMENT** | | | |
| 1.  Plaintiff to make settlement demand | | | 12/31/2018 |
| 2.  Defendant to make settlement offer | | | 1/7/2019 |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4.  Settlement Conference (proposed date) | | | 04/__/2019 |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | | 1/21/2019 |
| 2.  Initial documents requests and interrogatories | | | 2/25/2019 |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 10/25/2019 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 10/30/2019 |
| 5.  Expert discovery (only if needed)   _Check here if not applicable_  ☐ | | | |

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| Plaintiff expert proposed field of expertise: | | | | |
| Defendant expert proposed field of expertise: | | | | |
| a. Case-in-chief expert report due | | | | |
| b. Rebuttal expert report due | | | | Defendant reserves right |
| c. Depositions of experts to be completed | | | | |
| 6. Completion of ALL DISCOVERY | | | | 10/25/2019 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | | 10/30/2019 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | | 11/18/2019 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | X | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 11/18/2019 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | | |
| a. Response due | | | X | |
| b. Reply due | | | X | |
| 2. Motion for Rule 23 class certification | | | | |
| a. Response due | | | X | |
| b. Reply due | | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*
_____
**PEGGY KUO**
United States Magistrate Judge

_12/12/18_
_____
**Date**

Rev. 9-14-18